**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PRATIMA K. BAKSHI,

    Plaintiff,

v.                                         Case No. 2:07-CV-11214-DT

BANK OF MAHARASHTRA,

    Defendant.
                                                        /

### ORDER STRIKING PLAINTIFF'S JUNE 14, 2007 AMENDED COMPLAINT

On June 14, 2007, Plaintiff filed an amended complaint. According to Federal Rule of Civil Procedure 15:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Fed. R. Civ. P. 15(a). Because Defendant answered Plaintiff's complaint on June 1, 2007, Plaintiff must seek leave of the court or written permission from Defendant to file her amended complaint. Nothing in the record before the court suggests that Plaintiff sought or obtained such written consent. Nor has Plaintiff moved for leave to file her amended complaint or otherwise argued that the court should grant leave. Accordingly,

IT IS ORDERED that Plaintiff's June 14, 2007 "Amended Complaint" [Dkt #18] is STRICKEN.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 19, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2007, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522